IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

YSANDA WHITE,

   Plaintiff,

v.

TRANSUNION RENTAL SCREENING
SOLUTIONS, INC.

   Defendants.

CIVIL NO. 1:17-CV-00092-lo-tcb

## **FINANCIAL INTEREST DISCLOSURE STATEMENT**

1. Pursuant to Local Rule 7.1 of the Eastern District of Virginia, TransUnion Rental Screening Solutions, Inc., discloses that:

 a. The following are parents, trusts, subsidiaries and/or affiliate entities that have issued shares or debt securities to the public or are a publically held entity that owns 10% or more of TransUnion Rental Screening Solutions, Inc.: TransUnion Rental Screening Solutions, Inc. is a wholly owned subsidiary of Trans Union LLC, which is wholly owned by TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Advent International Corp. and GS Capital Partners, an affiliate of Goldman Sachs Group, Inc., a publicly traded entity, together own a majority of the stock in TransUnion.

 b. The following are owners or members of non-publicly traded entities such as LLCs or other closely held entities: TransUnion Intermediate Holdings, Inc. is the sole member of Trans Union LLC.

2. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, TransUnion Rental Screening Solutions, Inc. hereby discloses that the following are the parent corporation and any publicly held corporation owning 10% or more of its stock: TransUnion Rental Screening

1

Solutions, Inc. is a wholly owned subsidiary of Trans Union LLC, which is wholly owned by TransUnion Intermediate Holdings, Inc. Trans Union LLC is wholly owned by TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Advent International Corp. and GS Capital Partners, an affiliate of Goldman Sachs Group, Inc., a publicly traded entity, together own a majority of the stock in TransUnion. No publicly traded entity directly owns 10% or more of the stock in Trans Union LLC.

                                    TRANSUNION RENTAL SCREENING
                                    SOLUTIONS, INC.

                                    /s/_____
                                    Gibson S. Wright
                                    Virginia Bar Number 84632
                                    Attorney for TransUnion Rental Screening
                                    Solutions, Inc.
                                    McCandlish Holton Morris
                                    1111 East Main Street, Suite 2100
                                    P.O. Box 796
                                    Richmond, Virginia 23218-0796
                                    Telephone: (804) 775-3100
                                    Facsimile: (804) 775-3800
                                    gwright@lawmh.com

DATED:  April 24, 2017.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of April, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Nathan Dee Baney
Baneylaw PC
2121 Eisenhower Ave, Suite 200
Alexandria, VA 22314
(571) 303-9102
(240) 556-0304 Fax
nathan@baneylaw.com
*Counsel for Plaintiff*

/s/_____
Gibson S. Wright
Virginia Bar Number 84632
Attorney for TransUnion Rental Screening Solutions, Inc.
McCandlish Holton Morris
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, Virginia 23218-0796
Telephone: (804) 775-3100
Facsimile: (804) 775-3800
gwright@lawmh.com