IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YSANDA WHITE, | : |
| Plaintiff, | : |
| v. | : Civil Case No. 1:17-cv-00092-LO-TCB |
| TRANSUNION RENTAL SCREENING SOLUTIONS, INC. | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO**
**TRANS UNION RENTAL SCREENING SOLUTIONS, INC**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Ysanda White and Defendant TRANS UNION RENTAL SCREENING SOLUTIONS, INC, by and through their undersigned counsel, together hereby stipulate that all claims against Defendant TRANS UNION RENTAL SCREENING SOLUTIONS, INC in the above-captioned case be dismissed with prejudice.

Date: August __31__, 2017.

Respectfully submitted,                               Respectfully submitted,

/s/ Nathan D. Baney                                   /s/ Gibson Sinclair Wright
Nathan Baney, Va. Bar No. 75935                       Gibson Sinclair Wright, Esq.
BANEYLAW, P.C.                                        Michael Robert Ward, Esq.
2121 Eisenhower Ave. Suite 200                        Morris & Morris, PC
Alexandria, Virginia 22314                            11 South 12th Street, 5th Floor
571-303-9102                                          PO Box 30
240-556-0304 (fax)                                    Richmond, VA 23218
nathan@baneylaw.com                                   gwright@lawmh.com
*Counsel for Plaintiff*                               Marc.Kirkland@strasburger.com
                                                      *Attorneys for Trans Union LLC*

SO ORDERED
9/6/17

/s/
_____
Liam O'Grady
United States District Judge